### LEWIS DAVIS v. STATE OF FLORIDA

36 So. (2nd) 447            June Term, 1948
June 25, 1948            Division B

PER CURIAM:
  Affirmed.

### CHARLES LEO CRAIG v. BEATRICE CRAIG

36 So. (2nd) 447            June Term, 1948
June 29, 1948            Special Division B
Rehearing denied July 15, 1948

PER CURIAM:
  Affirmed.

### T. L. GRIFFIN v. STATE OF FLORIDA

36 So. (2nd) 447            June Term, 1948
June 29, 1948            En Banc
Rehearing denied July 20, 1948

PER CURIAM:
  Affirmed.

### RUTH BRADEN, ED BRADEN, JOHN BRADEN, LALA BRADEN BROUGHTON, KIRKE MONROE BEALL, and GEORGE E. MEADE, co-partners as ESCAMBIA BROADCASTING CO., v. IRVING WELCH.

36 So. (2nd) 447            June Term, 1948
July 2, 1948            Division A

PER CURIAM:
  Affirmed.

### DOROTHY L. MERRILL, as Executrix of the Estate of Georgette M. Avery, deceased v. GLADYS H. AVERY, as Executrix of the Estate of L. West Avery, deceased.

36 So. (2nd) 448            June Term, 1948
July 2, 1948            En Banc
Rehearing denied July 21, 1948

PER CURIAM:
  Affirmed.

### GIBSON W. CARMINE v. STATE OF FLORIDA

36 So. (2nd) 447            June Term, 1948
July 2, 1948            Special Division B.
Rehearing denied July 22, 1948

PER CURIAM:
  Affirmed.